UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **BRENT D. TIERNAN, ET AL.,** | * | Case No. 1:09-cv-905 |
| *Plaintiffs,* | * | Chief Judge Susan J. Dlott |
| v. | * | Magistrate Judge Stephanie K. Bowman |
| **SIGMA CAPITAL, INC. RETIREMENT SAVINGS PLAN, ET AL.,** | * | **ORDER** |
| | * | |
| *Defendants.* | * | |
| | * | |

Plaintiffs filed an *ex parte* motion to stay under seal. For the reasons in the motion, Plaintiffs' motion to stay is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' *Ex Parte* Motion to Stay is GRANTED; and it is further ORDERED that this matter is stayed pending further order of the Court.

*It is so ordered.*

/s/ Stephanie A. Bowman
UNITED STATES MAGISTRATE JUDGE