UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brent Tiernan, et al.,                      Case No.1:09cv905

    Plaintiffs

                                          Judge Dlott
    vs.                                 Magistrate Judge Bowman

Sigma Capital, Inc. Retirement
Savings Plan, et al.,

    Defendants.

## ORDER

The motion of Cincinnati-Hamilton County Community Action Agency (CAA) for limited special appearance (Doc. 49) is GRANTED and the Clerk shall add Mark C. Bissinger and Seth A. Schwartz, Dinsmore & Shohl, LLP, to the above matter for the limited purpose of opposing Plaintiffs' Motion to Consolidate.

                                                              /s/ *Stephanie K. Bowman*
                                                             United States Magistrate Judge